■ SPORTS CAR CENTRE OF SYRACUSE, LTD., Respondent, v PAUL BOMBARD, Defendant, and BOMBARD CAR COMPANY, INC., Appellant. (Appeal No. 1.) [691 NYS2d 808] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order and Judgment of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Pigott, Jr., Hurlbutt and Scudder, JJ.